| | |
|---|---|
| 1 | MARCUS J. LEE (Nevada Bar No. 15769) |
| 2 | E: marcus.lee@barberranen.com |
|   | INKU NAM (Nevada Bar No. 12050) |
| 3 | E: inku.nam@barberranen.com |
|   | **BARBER RANEN LLP** |
| 4 | 4695 MacArthur Ct., Ste 900 |
|   | Newport Beach, California 92660 |
| 5 | T: 626.626.6902 |
|   | *Attorneys for NSK LV LLC,* |
| 6 | *dba Nellie's Southern Kitchen* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE SNOWDEN, individually, | Case No. 2:23-CV-00522-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| NSK LV LLC, d/b/a NELLIE'S SOUTHERN KITCHEN, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive. | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend Defendant NSK LV LLC, d/b/a NELLIE'S SOUTHERN KITCHEN'S deadline to file its response to Plaintiff STEPHANIE SNOWDEN'S Complaint (ECF No. 1.) through Thursday, May 25, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Excusable neglect exists here, because Defendant has just retained counsel and Plaintiff will not be prejudiced by stipulating to this extension.

Dated this 15th day of May, 2023

| **MAIER GUTIERREZ & ASSOCIATES** | **BARBER RANEN LLP** |
|---|---|
| By  /s/ Danielle Barraza<br>Danielle J. Barraza<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>T: 702.629.7925 | By   /s/ Marcus Lee<br>MARCUS J. LEE<br>Nevada Bar No. 15769<br>INKU NAM<br>Nevada Bar No. 12050<br>4695 MacArthur Ct., Ste 900<br>Newport Beach, California 92660<br>T: 626.626.6902 |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 17, 2023

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am employee of BARBER RANEN LLP, and that on this 15th day of May, 2023.  I electronically filed and served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT (First Request)** with the Clerk of the Court through Case Management/Electronic Filing System as follows:

**DANIELLE J. BARRAZA, Esq.**
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel: 702.629.7900
Fax: 702.629.7925
Email: djb@mgalaw.com

*Attorney for Plaintiff*

By  */s/ Krystle Platero*
       An employee of Barber Ranen LLP

3