1  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
2  MAIER GUTIERREZ & ASSOCIATES
   8816 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
4  Facsimile:  702.629.7925
   E-mail:   jag@mgalaw.com
5            djb@mgalaw.com

6  *Attorneys for Plaintiff Stephanie Snowden*

7

8

9

10                       **UNITED STATES DISTRICT COURT**

11                              **DISTRICT OF NEVADA**

12

| STEPHANIE SNOWDEN, individually, | Case No.: 2:23-cv-00522-APG-DJA |
|---|---|
| Plaintiff, | **DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| NSK LV LLC, d/b/a NELLIE'S SOUTHERN KITCHEN, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendants. | |

20      Plaintiff, STEPHANIE SNOWDEN ("Plaintiff"), by and through her counsel of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendant NSK LV LLC d/b/a NELLIE'S SOUTHERN KITCHEN ("Defendant"), by and through its counsel of record, the law firm DAUGHERTY LORDAN LLP, hereby submit this proposed joint discovery plan and scheduling order.

      **FRCP 26(f) Conference**.    On June 16, 2023, Danielle J. Barraza, Esq., counsel for Plaintiff, and Inku Nam, Esq., as counsel for Defendant, participated in a discovery and scheduling conference (the "Conference") to discuss all of the issues required by Federal Rule Civil Procedure 26(f).  The parties' initial disclosures will be made by June 30, 2023, fourteen (14) days after the Conference.  The parties propose the following discovery plan:

1

1. **Discovery Cut-Off Date:**  The proposed cut-off date for discovery shall be December 5, 2023, which is 195 days from the date of Defendant's Answer, which was filed on May 24, 2023.

    a. **Special Scheduling Review:**  In light of the timing of the close of discovery landing in the midst of the Thanksgiving holiday week, the parties are seeking to briefly extend the discovery period in this matter from 180 days to 195 days.

2. **Amending the Pleadings and Adding Parties:**  All motions to amend the pleadings or to add parties shall be filed no later than September 6, 2023, ninety (90) days prior to the proposed close of discovery.

3. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**  Disclosures concerning initial experts shall be made by October 6, 2023, sixty (60) days before the proposed discovery cut-off date.  Disclosures concerning rebuttal experts shall be made by October 5, 2023, thirty (30) days after the initial disclosure of experts.

4. **Dispositive Motions:**  The date for filing dispositive motions shall not be later than January 4, 2024, thirty (30) days after the proposed discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cut-off date.

5. **Pretrial Order:**  The date for filing the joint pretrial order shall not be later than February 5, 2024, thirty (30) days after the cut-off for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the Court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections hereto, shall be included in the joint pretrial order.

7. **Alternative Dispute Resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation and arbitration. The parties agree to explore all resolution options at the upcoming ENE in good faith.

8. **Alternative Forms of Case Disposition:** The parties certify that they have discussed the possibility of trial by the magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), and agree that this case is properly suited before the District Court.

9. **Electronic Evidence:** The parties certify that they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties stipulate to provide discovery in an electronic format compatible with the Court's electronic jury evidence display system, to the extent practicable, and to the extent it is not practicable, the parties shall meet and confer and otherwise work in good faith with respect to the presentation of electronically stored information should any dispute arise.

10. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made pursuant to LR 26-3 and be supported by a showing of good cause, no later than twenty-one (21) days before the subject deadline.

11. **Subjects of Discovery:** The parties agree that discovery may be taken on any subjects permitted by the Federal Rules of Civil Procedure, including all aspects of Plaintiffs' claims and Defendant's defenses in this matter.

12. **Discovery Phases:** The parties do not believe it is necessary to conduct discovery in phases.

13. **Document Production:** All documents produced in this action will be delivered as either hardcopy documents or Portable Document Format ("PDF") images

3

unless the requesting party specifically requests that any responsive electronic documents be produced in native format.

14. **Written Discovery:** The parties mutually agree to provide Word versions of any propounded written discovery requests to the responding party so as to facilitate the process of providing responses.

15. **Protective Orders For Confidential Documents And/Or Information:** The parties have discussed the potential need for a protective order for confidential documents and/or information, and will meet and confer on the terms of a stipulated protective order should one be proposed.

DATED this 29th day of June 2023.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Danielle J. Barraza
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*
*Stephanie Snowden*

DATED this 29th day of June 2023.

**DAUGHERTY LORDAN LLP**

/s/ Inku Nam
MARCUS J. LEE, ESQ.
Nevada Bar No. 15769
INKU NAM, ESQ.
Nevada Bar No. 12050
5510 S. Fort Apache Rd.
Las Vegas, NV 89148
*Attorney for Defendant*
*NSK LV LLC d/b/a Nellie's Southern Kitchen*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: June 30, 2023