1  MARCUS LEE (Nevada Bar No. 15769)
   E: MLee@ohaganmeyer.com
2  INKU NAM (Nevada Bar No. 12050)
   E: INam@ohaganmeyer.com
3  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Suite 1250
4  Las Vegas, Nevada 89101
   Telephone: 725.286.2801
5

6  *Attorneys for NSK LV LLC
   dba Nellie's Southern Kitchen*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SNOWDEN, individually, | Case No. 2:23-CV-00522-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT [ECF NO. 32] AND MOTION TO SEAL DOCUMENT [ECF NO. 34]** |
| NSK LV LLC, d/b/a NELLIE'S SOUTHERN KITCHEN, a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive. | |
| Defendants. | **[SECOND REQUEST]** |

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend Defendant NSK LV LLC, d/b/a NELLIE'S SOUTHERN KITCHEN'S deadline to file its responses to Plaintiff STEPHANIE SNOWDEN'S Motion to Enforce Settlement Agreement (ECF No. 32.) and Motion to Seal Document (ECF No. 34.) through Friday, March 8, 2024.

/ / /

/ / /

/ / /

1

This extension request is made in good faith and not for the purpose of delay. The parties will not be prejudiced by stipulating to this extension, as the purpose of this second request for the extension is to allow additional time for the parties to complete meaningful final settlement discussions, which may render full briefing of the pending motions unnecessary.

Dated this 28th day of February 2024

| MAIER GUTIERREZ & ASSOCIATES | O'HAGAN MEYER PLLC |
|---|---|
| By /s/ Daniella Barraza<br>Danielle J. Barraza<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>T: 702.629.7900 | By /s/ Inku Nam<br>MARCUS J. LEE<br>Nevada Bar No. 15769<br>INKU NAM<br>Nevada Bar No. 12050<br>300 S. 4th Street, Suite 1250<br>Las Vegas, NV 89101<br>T: 725.286.2801 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 29, 2024

2