# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHANIE SNOWDEN,

    Plaintiff

v.

NSK LV LLC,

    Defendant

Case No.: 2:23-cv-00522-APG-DJA

**Order Granting Motion to Seal and Denying Motion to Enforce as Moot**

[ECF Nos. 32, 34]

I ORDER that plaintiff Stephanie Snowden's motion to seal **(ECF No. 34) is GRANTED**.

I FURTHER ORDER that plaintiff Stephanie Snowden's motion to enforce settlement agreement **(ECF No. 32) is DENIED as moot** because the parties have indicated they have resolved this matter. *See* ECF No. 39.

DATED this 8th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE