1    MARCUS LEE (Nevada Bar No. 15769)
     E: MLee@ohaganmeyer.com
2    INKU NAM (Nevada Bar No. 12050)
     E: INam@ohaganmeyer.com
3    **O'HAGAN MEYER PLLC**
     300 S. 4th Street, Suite 1250
4    Las Vegas, Nevada 89101
     Telephone: 725.286.2801
5

6    *Attorneys for NSK LV LLC*
     *dba Nellie's Southern Kitchen*
7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11   STEPHANIE SNOWDEN, individually,        Case No. 2:23-CV-00522-APG-DJA

12                    Plaintiff,

13          v.                               **STIPULATION AND PROPOSED
                                             ORDER TO DISMISS WITH
14   NSK LV LLC, d/b/a NELLIE'S              PREJUDICE**
     SOUTHERN KITCHEN, a domestic
15   limited liability company; DOES I-X;
     and ROE BUSINESS ENTITIES I-X,
16   inclusive.

17                    Defendants.

18

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27

28

                              1

Plaintiff STEPHANIE SNOWDEN and Defendant NSK LV, LLC d/b/a NELLIE'S SOUTHERN KITCHEN, by and through their respective counsel of record, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.  Both parties have complied with the terms of the settlement agreement, and the Court has no need to retain jurisdiction over either party nor their now-resolved dispute.

| | |
|---|---|
| Dated this 22nd day of March, 2024 | Dated this 22nd day of March, 2024 |
| **MAIER GUTIERREZ & ASSOCIATES** | **O'HAGAN MEYER PLLC** |
| By _/s/ Daniell Barraza_ | By __/s/ Inku Nam__ |
| Danielle J. Barraza<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>T: 702.629.7925 | MARCUS J. LEE<br>Nevada Bar No. 15769<br>INKU NAM<br>Nevada Bar No. 12050<br>300 S. 4th Street, Suite 1250<br>Las Vegas, NV 89101<br>T: 725.286.2801 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 25, 2024

2